**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*********************************

United States of America

-v.-

Hua Huang                                    22-MJ-1295
                                             Docket Number

*********************************

SUBMITTED BY: Plaintiff _____ Defendant _____ DOJ ✔
Name: Patrick J. Campbell
Firm Name: DOJ
Address:   271 Cadman Plaza East
           Brooklyn, NY 11201
Phone Number: (202) 262-7067
E-Mail Address: patrick.j.campbell2@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES _____ NO ✔
**If yes, state description of document to be entered on docket sheet:**
_____
_____

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** _____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** _____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____ ; or **C.)** ✔ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

    12/6/2022                              PJ Campbell
      DATE                                 SIGNATURE

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:   Brooklyn                    , NEW YORK
         12/6/2022      Robert Levy

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE 12/6/2022
                                    DATE