PJC
F.# 2021R00440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    ~~XXXXXXXXXX~~

    ~~PROPOSED~~ O R D E R

    - against -

    <u>22-MJ-1295</u>

HUA HUANG,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

        Upon the application of BREON PEACE, United States Attorney for the Eastern

District of New York, by Trial Attorney Patrick J. Campbell, for an order unsealing the affidavit

and complaint in support of an arrest and search warrant and the arrest and search warrant in the

above-captioned matter, in light of the defendant's arrest.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.

Dated:   Brooklyn, New York
        December 8, 2022

*Robert M. Levy*
_____
HONORABLE ~~XXXXXXXXXXXXXX~~ ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK