BARRY GOLDBERG, P.C.
ATTORNEY AT LAW
11 PARK PLACE, SUITE 1005
NEW YORK, NEW YORK 10007
(917) 682-0364

May 17, 2023

Honorable Magistrate
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, NY 11201

                                                                                                              VIA ECF

        Re:  United States vs. Hua Huang
             CASE NO. 22-MJ-01295
             <u>EMERGENCY REQUEST</u>

Dear Magistrate:

     I represent the above referenced defendant, Ms. Hua Huang, who would like to attend her son's graduation ceremony at SUNY Buffalo, <u>this weekend</u>. She plans to leave home <u>around 10am on May 19</u> and get back home <u>at around 8 pm on May 21.</u> She will be visiting the SUNY campus and staying at the Niagara Hotel.

     Pretrial Services Officer Gross has approved this request and AUSA Patrick Campbell has no objection. Thank you for your anticipated consideration in this matter. If you have any questions please feel free to contact my office.

Yours Truly,

*s/Barry Goldberg*

Barry Goldberg, Esq.                                                            SO ORDERED:

                                                                                                              _____

                                                                                                              Honorable Magistrate EDNY

CC:  AUSA PATRICK CAMPBELL
       PRETRIAL SERVICES OFFICER GROSS